DocuSign Envelope ID: 6A0881BE-101A-406C-ACB9-65CC7C58CED8

**BILLHORN LAW FIRM**                                                                53 W. Jackson Blvd.
Suite 1137
Chicago, IL 60604
312-853-1450

# CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff  MARIA QAZI _____, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **ROUNDY'S ILLINOIS, LLC., D/B/A MARIANO'S,** and by the signature below, MARIA QAZI _____, hereby consents to be a Party-Plaintiff in said lawsuit.

DocuSigned by:
*Maria Qazi*
C8A7D3C6405F4D8...
CLIENT'S SIGNATURE

DATE: 7/31/2022 _____

**PAGE 1 OF 1**